1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT DORROH, et al., | Case No. 1:11-CV-02120-AWI-GSA |
| Plaintiffs, | Judge:  Hon. Anthony W. Ishii |
| v. | **ORDER RE JOINT STIPULATION TO (1) CONTINUE THE HEARING ON DEERBROOK'S MOTION FOR SUMMARY JUDGMENT AND (2) WITHDRAW PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER VACATING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, CONTINUING THAT MOTION** |
| DEERBROOK INSURANCE COMPANY, | |
| Defendants. | |

1    On May 8, 2012, the parties submitted their joint stipulation to (1) continue the hearing on Deerbrook's motion for summary judgment and (2) withdraw plaintiffs' Ex Parte Application for an Order Vacating Defendant's Motion for Summary Judgment, or in the Alternative, Continuing That Motion. Based upon the parties' joint stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1.    The hearing on Deerbrook's motion for summary judgment will be continued until September 10, 2012 at 1:30 p.m. in Courtroom 2 of the above-entitled Court. Plaintiffs' opposition papers will be due on August 27, 2012, and Deerbrook's reply papers will be due on September 4, 2012.

    2.    Plaintiff's Ex Parte Application for an Order Vacating Defendant's Motion for Summary Judgment, or in the Alternative, Continuing That Motion is taken off calendar.

IT IS SO ORDERED.

Dated:   May 10, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE