# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORROH, et al., ) | 1:11-cv-02120 AWI GSA |
| ) | |
| Plaintiffs, ) | **ORDER REGARDING RECENTLY** |
| ) | **FILED DISCOVERY MOTIONS** |
| v. ) | |
| ) | |
| DEERBROOK INSURANCE COMPANY, a ) | |
| wholly-owned subsidiary of Allstate ) | |
| Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On July 17, 2012, Plaintiffs Robert Dorroh and Barbara Dorroh ("Plaintiffs") filed a Motion to Compel Further Discovery and for Sanctions, setting the matter for hearing before the undersigned on August 10, 2012. (Doc. 64.)

On July 18, 2012, this Court issued a minute order concerning the motion and the Court's expectations. (*See* Doc. 65.)

On July 19, 2012, Defendant Deerbrook Insurance Company ("Defendant") filed a Motion to Compel Further Discovery and for Sanctions; the hearing on this second motion was also set for August 10, 2012. (Doc. 66.)

1

On July 20, 2012, Plaintiffs filed a Motion for Protective Order, related to the discovery issues now-pending before the Court.  The hearing on this motion was also set for August 10, 2012, before the undersigned.  (Doc. 67.)

**ORDER**

In light of this Court's heavy calendar and workload, and with specific regard to the numerous discovery disputes arising between the parties herein, this Court HEREBY ORDERS the following:

1. The non-expert discovery deadline, currently scheduled for August 31, 2012, is CONTINUED to September 28, 2012, and the scheduling order is so modified;
2. The hearings on the three discovery motions now-pending before the undersigned, are CONTINUED from August 10, 2012, to September 7, 2012, at 9:30 a.m. in Courtroom 10.  *Personal appearances are required*;
3. A single joint statement, covering the content of all three motions now-pending, and not exceeding a total of fifty (50) pages without exhibits, SHALL BE FILED no later than August 24, 2012.

IT IS SO ORDERED.

Dated:   **July 23, 2012**              /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE