# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORROH, et al., ) | 1:11-cv-02120 AWI GSA |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER GRANTING PLAINTIFFS' |
| v. ) | MOTION TO SHORTEN TIME |
| ) | |
| DEERBROOK INSURANCE COMPANY, a ) | |
| wholly-owned subsidiary of Allstate ) | (Doc. 86) |
| Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The court has considered Plaintiffs', Robert Dorroh and Barbara Dorroh's ("Plaintiffs") Motion to Shorten Time to hear Plaintiffs' Motion to Extend the Expert Disclosure Deadline in this case. (Docs 85 and 86). Deerbrook Insurance Company has advised the Court that there is no opposition to hear Plaintiffs' motion on shortened time. As such, the date and time of the hearing regarding Plaintiffs' Motion to Extend the Expert Disclosure Deadline is **October 5, 2012,** at 9:30 am in Courtroom 10. Any opposition to the motion shall be filed no later than 12:00 pm on **Tuesday, October 2, 2012.** Any optional reply shall be filed no later than 12:00 pm on **Wednesday, October 3, 2012.** Telephonic appearances for the hearing will be permitted. Counsel shall coordinate with Courtroom Deputy Amanda Bradley to make those arrangements.

1

1  Plaintiffs are advised that the Expert Disclosure Deadline of September 28, 2012, remains
2 in effect and is not tolled during the pendency of the hearing on the motion.
3  IT IS SO ORDERED.
4  **Dated:  September 28, 2012**               /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE