UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORROH, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEERBROOK INSURANCE ) <br> COMPANY, a wholly-owned subsidiary of ) <br> ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ────────────────────────────── ) | CASE NO. 1:11-CV-2120 AWI GSA <br><br> ORDER SETTING BRIEFING SCHEDULE <br><br> (Doc. 94) |

Cedar Sol Warren is not currently a party in this case. He has made a motion to be substituted in as plaintiff. Doc. 69. Magistrate Judge Austin denied the motion. Doc. 81. Warren then filed what he termed an "Objection to the Non-Dispositive Order of the Magistrate Judge," citing Fed. Rule Civ. Proc. 72(a) and Local Rule 304(b). Doc. 94. Warren appears to be operating under the assumption that Magistrate Judge Austin's order was a Findings and Recommendation. The order (Doc. 81) is not a Findings and Recommendation; the proper procedure is reconsideration under Local Rule 303. The court deems Warren's filing (Doc. 94) a motion for reconsideration. Defendant may file an opposition by 4:00 PM on December 10, 2012.

IT IS SO ORDERED.

Dated:   November 27, 2012

UNITED STATES DISTRICT JUDGE

1