UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORROH, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEERBROOK INSURANCE )<br>COMPANY, a wholly-owned subsidiary of )<br>ALLSTATE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 1:11-CV-2120 AWI GSA<br><br>ORDER VACATING HEARING<br>DATE OF DECEMBER 17, 2012<br>AND TAKING MATTER UNDER<br>SUBMISSION |

Plaintiffs Robert and Barbara Dorroh filed a motion to have Cedar Sol Warren substituted in as a plaintiff. Doc. 93.  Separately, Cedar Sol Warren sought to have himself substituted in as a plaintiff. Magistrate Judge Austin denied his motion.  Warren seeks reconsideration of that order. Doc. 94.  Defendant Deerbrook Insurance Company opposes both motions. Docs. 96 and 105.  The court has reviewed the papers filed and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 17, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 12, 2012

UNITED STATES DISTRICT JUDGE

1