UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORROH, et. al., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>DEERBROOK INSURANCE )<br>COMPANY, a wholly-owned subsidiary of )<br>ALLSTATE INSURANCE COMPANY, )<br> )<br>Defendant. )<br>_____ ) | CASE NO. 1:11-CV-2120 AWI GSA<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 25, 2013 AND TAKING MATTER UNDER SUBMISSION |

Plaintiffs Dorrohs and Defendant Deerbrook have made cross motions for summary judgment. Docs. 109 and 111.  The motions are opposed. Docs. 112 and 113.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 25, 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

Previously, the Dorrohs and Cedar made motions for Cedar to substitute/join in as a plaintiff in this suit. Docs. 93 and 94.  Their motions were denied. Doc. 108.  They have now appealed that order to the Ninth Circuit. Doc. 114.  This appeal affects how the case will proceed

1

and whether any trial without Cedar would be useful.  The Dorrohs are ORDERED to provide an update on the status of the appeal within fourteen (14) days of the filing of this order.

IT IS SO ORDERED.

Dated:   February 20, 2013

SENIOR  DISTRICT  JUDGE